UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRACIANO,<br><br>         Plaintiff,<br><br>    v.<br><br>NEW CENTURY MORTGAGE;<br>T.D. SERVICE COMPANY;<br>HOMEQ SERVICING;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS,<br>INC.<br><br>         Defendants.<br>_____ | Case No. EDCV 09-1107-VAP (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Barclay's Capital Real Estate, Inc., d/b/a Homeq Servicing, erroneously sued as Homeq Servicing and Mortgage Electronic Registration Systems, Inc. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 28, 2009

                                         *Virginia A. Phillips*
                                         VIRGINIA A. PHILLIPS
                                         United States District Judge